United States District Court
Southern District of New York

U.S.C. 1983
Civil Action

David Carter

vs.

12 CV 6723 "Jury Trial"

New York City Police Officer
John Doe   28th precinct

Manhattan-New York County
Assistant District Attorney
Jane Doe   One Hogan Place
N.Y. N.Y.

Pyshaisian Jane Doe sick call
@ G.R.V.C. M.H.A.U. II
Rikers Island

RECEIVED
SDNY PRO SE OFFICE
2012 SEP -5 A 8:24

---

Filed Greviance at Rikers Island during 90 day stay
Requested Internal Affairs to be notified
At 28th precinct to Desk seargeant on Jan 12th 2012

Spoke to Assistant District Attorney
Jane Doe at District Attorney's office
One Hogan Place N.Y. N.Y. 10013 on Jan 12th 2012

Response: false report was indicated
on RAP sheet January 13th Arrest 2011
but held on parole warrant which
was lodged January 12th 2011
on my report date.

Defendant #1 Name - New York City police officer (John Doe)
Street Address - 28th precint N.Y.P.D
County, City
State & Zip Code ___ New York, N.Y.
Telephone Number ___ 311

Defendant No. 2   Name __ Assistant District Attorney Jane Doe
Street Address __ One Hogan place.
County, City __ New York, N.Y. 10013
State & Zip Code
Telephone Number __ N/A

Defendant No. 3   Name __ Pyschisian Jane Doe sick call
Street Address __ G.R.V.C. - Riker's Island
County, City __ East elmhurst
State & Zip Code __ N.Y. 11370
Telephone Number __ 09-09 Hazen St
Tel. 311

Defendant No. 4   Name
Street Address
County, City
State & Zip Code
Telephone Number

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions.          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __ Civil and Human Rights

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 125th Street & Lenox Ave. N.Y., N.Y., District Attorney office, Riker's Island M.H.A.U.II at G.R.V.C. 09-09 Hazen St.

B. What date and approximate time did the events giving rise to your claim(s) occur? January 12th Wednesday 2011 approx 8:00AM

C. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

I was falsely arrested by John Doe New York City police officer who threw me to the ground on ice and snow on my back where I had surgery at. John Doe deliberately ignored my explanation that I knew the false complainant and that she was at two of my apartments seeking money for sex. Assistant District Attorney knew false complainant had recanted her statement of 1 year old false complaint and failed to release me and notify N.Y.S. parole officer that I couldn't report due to false arrest. I was locked up for 90 days released April 11th 2011. During my 90 day stay at G.R.V.C. M.H.A.U.II 349-11-00586 4/6 cell sick call physician failed to provide extra mattress to comfort my body from pain and suffering due to aggravated area in spinal region in my back where I had surgery performed at Mount Sinai Hospital by Dr. Chin.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Extreme piercing pain which made me cry, blow from ground area (snow and ice) aggravated spinal area in back where I received surgery causing pain to nerves in legs while sleeping on very thin mattress weighing 275 pounds 6 feet 2 inches tall. I was violated by N.Y.S. Parole for not reporting on Jan 12th 2011 Wednesday which was my report day, lost my room, SSI income, and my freedom. recieved medication for pain.

Rev. 05/2010

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking Civil action due to violation of my civil and Human Rights. I seek 2.5 million dollars due to pain and suffering from aggravated injury to back spinal region and nerve pain in legs, losing my income, housing, freedom, and also embarrasment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of September 20 12

Signature of Plaintiff  David Carter
Mailing Address  A.M.K.C.
18-18 Hazen St.
East Elmhurst, N.Y. 11370

Telephone Number  N/A
Fax Number *(if you have one)*  N/A

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 1st day of September 20 12 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  David Carter
Inmate Number  89512 00460
N.Y.S.I.D # 4613486

*Rev. 05/2010*



Mr. David Carter
A.M.K.C. 89512-00460
18-18 Hazen St.
East Elmhurst, N.Y. 11370

RECEIVED
PRO SE OFFICE
2012 SEP -5 A 8:

LegAL
MAiL

NEW YORK NY 113
01 SEP 2012 PM 9

United States District Court
Southern District of New York
U.S. Courthouse - Pro SE office
500 pearL street     Room 330
New York, N.Y. 10007