UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

{CS} {LMS}

12.CIV.6723

David Carter

(In the space above enter the full name(s) of the plaintiff(s).)

"Amended"

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

v.

Defendant No. 1 New York City Police officer Ronnie Cardaccioli

Defendant No. 2 New York City

Defendant No. 3 Police Department

Defendant No. 4

Defendant No. 5

Jury Trial: Yes ✓ No ___
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/30/13

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

RECEIVED
JAN 30 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name David Carter
ID # 12A5083
Current Institution Downstate Corr. Facility
Address Box F
Fishkill, New York 12524-0445

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name Ronnie Caraccioli Shield #________
Where Currently Employed New York City Police Department
Address 28th precint
311

Defendant No. 2 Name ________ Shield #________
Where Currently Employed ________
Address ________

Defendant No. 3 Name ________ Shield #________
Where Currently Employed ________
Address ________

Defendant No. 4 Name ________ Shield #________
Where Currently Employed ________
Address ________

Defendant No. 5 Name ________ Shield #________
Where Currently Employed ________
Address ________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? ________

B. Where in the institution did the events giving rise to your claim(s) occur? ________

C. What date and approximate time did the events giving rise to your claim(s) occur? January 13th 2011 approx. 7:30 AM at the corner of 125th street and Lenox Ave.

D. Facts: ON January 13th 2011 P.O. Ronnie Caracciolo Knowingly responded to a false report threw me down on my back with extreme force on the ice and snow Reinjuring my lower spinal region where I had past surgery causing extreme pain.

What happened to you?

Officer Caracciolo did not give me a chance to advocate for myself and proceded to hand cuff and took me to the precint as to where I was never charged with the allegations from the false report nor did I appear before a Judge or be assigned to a lawyer for the false report.

Who did what?

Was anyone else involved?

Who else saw what happened?

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. extreme Lower Back pain, difficulty sleeping and sitting down recieved Naproxen 500 mg Robaxin 500 mg

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ______________________________

______________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ______________________________

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? ______________________________

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? ______________________________

1. Which claim(s) in this complaint did you grieve? ______________________________

______________________________

2. What was the result, if any? ______________________________

______________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ______________________________

______________________________

______________________________

______________________________

______________________________

G. If you did not file a grievance, did you inform any officials of your claim(s)?

Yes ✓ No ____

1. If YES, whom did you inform and when did you inform them? I told the Desk Seargeant to inform Internal Affairs that I was aprenended for A false report.

2. If NO, why not? ____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the court to do for you. I ask for $750,000 dollars for trauma, extreme pain and suffering and for false arrest.

**VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Exhibit A - 1st



12.Civ.6723 [CS] [LMS]




Correctional Health Services

# CARTER, DAVID

NYSID: 04613486L BookCase: 3491100586
Facility Code: GRVC Housing Area: 13B
46 Y old Male, DOB: 08/21/1964
91 PITT ST., 303, NY, NY-10002
Home: 000-000-0000
Insurance: Self Pay

03/13/2011

Terry Gravesande, RPA

**Current Medications**

Risperidone Tablet 3 MG 1 tab Twice a Day, stop date 03/17/2011
Trileptal Tablet 300 MG 1 tab Twice a Day, stop date 03/17/2011
Aspirin EC Tablet Delayed Release 81 MG 1 tab Daily, stop date 06/07/2011

**Past Medical History**

Chickenpox

**Allergies**

N.K.D.A.

**Reason for Appointment**

1. LBP

**History of Present Illness**

Notes::

Pt. c/o LBP secondary to injury; s/p Surgery 1998.

**Assessments**

1. Back pain - 724.5 (Primary)

**Treatment**

**1. Back pain**

Start Naproxen Tablet, 500 MG, 1 tab, Orally, Every 12 Hours, 5 days, Pharmacy, Refills 0
Start Robaxin Tablet, 500 mg, 2 tabs, Orally, Every 12 Hours, 5 days, Pharmacy, Refills 0

Disposition: GP with no follow up

**Electronically signed by Terry Gravesande PA on 03/13/2011 at 01:03 PM EDT**

**Sign off status: Completed**

George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

Exhibit A - #2



12.Civ.6723 [CS] [LMS]

# CARTER, DAVID

NYSID: 04613486L BookCase: 3491100586
Facility Code: GRVC Housing Area: 13B
46 Y old Male, DOB: 08/21/1964
91 PITT ST., 303, NY, NY-10002
Home: 000-000-0000
Insurance: Self Pay

NYC Health
Correctional Health Services

03/18/2011

Joshua Rosenthal, MHC

### Current Medications

Aspirin EC Tablet Delayed Release 81 MG 1 tab Daily, stop date 06/07/2011
Naproxen Tablet 500 MG 1 tab Every 12 Hours, stop date 03/18/2011
Robaxin Tablet 500 mg 2 tabs Every 12 Hours, stop date 03/18/2011
Sarna Lotion 0.5-0.5 % apply Twice a Day, stop date 05/13/2011
Risperidone Tablet 3 MG 1 tab Twice a Day, stop date 03/31/2011
Trileptal Tablet 300 MG 1 tab Twice a Day, stop date 03/31/2011
DiphenhydrAMINE HCl Capsule 50 mg 1 cap At Bedtime, stop date 03/31/2011

### Past Medical History

Chickenpox

### Reason for Appointment

1. TPR and MH Clinicians Progress Note

### History of Present Illness

TEMPLATES:

## TPR and MH Clinicians Progress Note.

SUBJECTIVE:

Subjective = Pt. reports being in pain from sciatica and had trouble sitting for a session. Pt reports returning to parole court on March 22 and hoping to be accepted into a program at that time. Pt also requested to see Discharge Planning for them to help coordinate a program with his attorney prior to his returning to court.,

TPR INFO:

TPR info
Date of review: 3/18/2011,
Date of next review: 4/1/2011,

GP/MO:

GP/MO
Please select GP or MO: MO MHAUII,

ASSESSMENT OF PROBLEMS AND NEED 1:

Problem and need 1
Problem # 1: Mood Instability,
Goal: Elevate Mood to Euthymic,
Objective # 1: Take Meds as Prescribed,
Target date 1: 4/1/2011,
Objective # 2: ID Triggers to Mood Disturbance and discuss more pos Coping Skills,
Target date 2: 4/1/2011,

PROGRESS 1:

Progress 1
Progress toward goal: Moderate Continued.

ASSESSMENT OF PROBLEMS AND NEED 2:

Problem and need 2
Problem # 2: A.H. and other psychotic Sx,
Goal: Reduce Psychotic Sx,
Objective # 1: Engage in Reality Oriented Therapy,
Target date 1: 4/1/2011,

Exhibit A #3

12.Civ.6723 (CS) (LMS)


Correctional Health Services

# CARTER, DAVID

NYSID: 04613486L BookCase: 3491100586
Facility Code: GRVC Housing Area: 13B
46 Y old Male, DOB: 08/21/1964
91 PITT ST., 303, NY, NY-10002
Home: 000-000-0000
Insurance: Self Pay

03/28/2011

James Patrick, PA

**Current Medications**

Enalapril Maleate Tablet 10 mg 1 tab Daily, stop date 06/16/2011
Simvastatin Tablet 10 mg 1 tab Daily, stop date 06/16/2011
Metformin HCl Tablet 500 mg 1 tab bid, stop date 06/16/2011
Aspirin EC Tablet Delayed Release 81 MG 1 tab Daily, stop date 06/07/2011
Sarna Lotion 0.5-0.5 % apply Twice a Day, stop date 05/13/2011
Risperidone Tablet 3 MG 1 tab Twice a Day, stop date 03/31/2011
Trileptal Tablet 300 MG 1 tab Twice a Day, stop date 03/31/2011
DiphenhydrAMINE HCl Capsule 50 mg 1 cap At Bedtime, stop date 03/31/2011

**Past Medical History**

Chickenpox

**Reason for Appointment**

1. Bing rounds. Pt presents nad requesting renewal of pain med and robaxin. No other c/o

**Examination**

General Examination:

nad, alert, calm, steady gait, no acute trauma seen

**Assessments**

1. Pain, not otherwise specified - 780.96 (Primary)

**Treatment**

**1. Pain, not otherwise specified**

Start Robaxin Tablet, 500 mg, 2 tabs, Orally, bid prn, 7 days, Pharmacy, Refills 0
Start Acetaminophen Tablet, 325 MG, 2 tabs, Orally, bid prn, 7 days, Pharmacy, Refills 0
Pt ed given, pt instructed to notify med staff of any changes in conditon, or if any condition persists or worsens

Notes: can continue current housing

**Electronically signed by James Patrick PA on 03/28/2011 at 01:37 PM EDT**

**Sign off status: Completed**

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: David Carter DIN: 12A5083

DOWNSTATE
CORRECTIONAL FACILITY




RECEIVED
SDNY PRO SE OFFICE
2013 JAN 30 P 2:47

Legal mail

Pro Se Office Room 230
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

1000731330